| | |
|---|---|
| Robert Tauler (SBN 241964)<br>Tauler Smith LLP<br>11111 Santa Monica Blvd., Suite 500<br>Los Angeles, California 90025<br>Telephone: (310) 746-5601<br>rtauler@taulersmith.com<br><br>Attorneys for Plaintiff<br>NUTRITION DISTRIBUTION LLC | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>   Plaintiff,<br><br>vs.<br><br>FURIOUS NUTRITION, LLC, a Texas Limited Liability Company; DNA ANABOLICS, a Texas Limited Liability Company; DNA DISTRIBUTION, a Texas Limited Liability Company; LEGACY SERIES SUPPLEMENTS, a Texas Limited Liability Company; JOSEPH ALIPERTO, an individual; DUSTY MASON, an individual; JASEIL GOSAI, an individual; ALEXY GOLDSTEIN, an individual; and DOES 1 through 10, inclusive,<br><br>   Defendants. | CASE NO. 2:15-cv-09801<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Nutrition Distribution, LLC, voluntarily dismisses the above-captioned action with prejudice.

DATED: January 21, 2016                               TAULER SMITH LLP


By: ___/s/ Robert Tauler_____
    Robert Tauler
    NUTRITION DISTRIBUTION LLC

**NOTICE OF VOLUNTARY DISMISSAL**